1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WALTER LEE COLE,

11           Petitioner,              No. CIV S-08-1686 GGH P

12      vs.

13   D.K. SISTO, et al.,

14           Respondents.             <u>ORDER</u>

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.

18          The application attacks a conviction issued by the Los Angeles County Superior

19   Court.  While both this Court and the United States District Court in the district where petitioner

20   was convicted have jurisdiction, <u>see</u> <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973),

21   any and all witnesses and evidence necessary for the resolution of petitioner's application are

22   more readily available in Los Angeles County.  <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).[1]

23

24          [1]   On February 4, 2008, petitioner filed a habeas corpus petition which was assigned case
     number CIV S-08-0257 MCE GGH P.  On February 21, 2008, petitioner filed an amended petition
25   in CIV S-08-0257.  On April 25, 2008, the court screened the amended petition and ordered it
     dismissed with leave to amend.  On May 27, 2008, petitioner filed a pleading in CIV S-08-0257
26   MCE GGH P stating that the original petition challenged the legality of his conviction whereas the
     amended petition challenged parole proceedings.  Petitioner stated that he intended to file two

                                        1

1    Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this

2    matter is transferred to the United States District Court for the Central District of California.

3    DATED: 08/14/08

4                                    /s/ Gregory G. Hollows

5                                    UNITED STATES MAGISTRATE JUDGE

6    cole.tra

---

25   separate actions.  Accordingly, on July 22, 2008, in CIV S-08-0257 this court directed the Clerk of
     the Court to copy the original petition filed in CIV S-08-0257 and open it as a new action.  That new
26   action is the instant action.