JS-6 / ENTER

FILED
SEP 23 2008
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| WALTER LEE COLE, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> D.K. SISTO, Warden, ) <br> ) <br> Respondent. ) <br> ) | Case No. CV 08-5390-GAF (MLG) <br><br> JUDGMENT |

IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: 9/22/08

Gary A. Feess
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
SEP 24 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY